October 14, 2015

Dear Court of Criminal Appeals of Texas,

My name is Jeffrey Walker Kindred TDCJ # 1814357 and I am respectfully requesting to Know if any Paperwork has Been filed with the Criminal Appeals Court on Case No. 03-12-00684-CR, PD-1148-14, Tr. Ct. No. 69787. Thank You For Your time.

Sincerely,
Jeffrey Walker Kindred
TDCJ # 1814357

RECEIVED
OCT 19 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Jeffrey Walker Kindred
TDCJ #1814357
C.T. Terrell Unit
Housing A4-38
1300 FM 655
Rosharon, Texas 77583

NORTH HOUSTON TX 77?
15 OCT 2015 PM 2 L

FOREVER
USA

To: Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

78711254747

